UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dwight Freeman,
    Petitioner

v.                            Case No.  1:07-cv-41

Warden Voorhies, et al.,
    Respondents

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed November 28, 2007(Doc. 31).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  Defendants' motion to dismiss is DENIED.

Date: January 8, 2008                      s/Sandra S. Beckwith
                                                          Sandra S. Beckwith, Chief Judge
                                                          United States District Court